JERRY GALOPPA, respondent,

*v.*

ANTONETTA GALOPPA, appellant.

[Argued October 26th, 1931.   Decided May 16th, 1932.]

484

*Messrs. Ward & McGinnis,* for the appellant.

*Mr. Jacob Van Der Clock,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons expressed in the opinion filed in the court below by Advisory Master Moore.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DONGES, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 13.

*For reversal*—VAN BUSKIRK, J. 1.